07/30/2024 Withdrawn. The hearing scheduled for August 8, 2024 is canceled.

*[Signature: Janet E. Bostwick]*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

IN RE:                                                                                    Case No.: 21-11839
    COLLEEN M DUNN                                              Chapter 13

    Debtor(s)

## MOTION FOR RELIEF FROM AUTOMATIC STAY AND RELIEF FROM CO-DEBTOR STAY

TO THE HONORABLE JANET E. BOSTWICK:

U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT together with its successors and assigns ("Movant"), hereby moves this Court pursuant to 11 U.S.C. § 362(d), for relief from the automatic stay, and pursuant to 11 U.S.C. § 1301 for relief from the Co-Debtor stay, with respect to certain real property of COLLEEN M DUNN ("Debtor") and DANIEL J DUNN ("Co-Debtor") ("collectively referred to as "Debtors"). In support, Movant respectfully represents as follows:

1. Movant is an entity with a mailing address of Nationstar Mortgage, LLC, Bankruptcy Department / PO Box 619096, Dallas, TX 75261-9741.

2. COLLEEN M DUNN and DANIEL J DUNN ("Debtors"), are individuals each having a mailing address of 29 Nevin Rd, Weymouth, MA 02190.

3. Debtors are the obligor pursuant to that certain promissory note (the "Note") dated August 29, 2006, in the original principal amount of $510,000.00. A copy of the Note is annexed as Exhibit A.

4. To secure the Note, Debtor executed in favor of, and delivered a mortgage to WMC Mortgage Corp. (the "Mortgage", together with the Note and any other loan documents executed in connection therewith, the "Loan Documents") dated August 29, 2006, and encumbering the property located at 2 Stephen Hopkins Road, Harwich, MA 02645 (the "Property"). A copy of